UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| DAVID RICE and SUE RICE, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 3:22-cv-90-RLY-MJD ) |
| SIGECOM, LLC d/b/a WOW! INTERNET, CABLE AND PHONE, | ) ) ) ) |
| Defendant. | ) |

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41, this case is before the Court on Plaintiffs' and Defendant's *Stipulation of Dismissal with Prejudice*. The Court hereby ORDERS Plaintiffs' claims against the Defendant, be dismissed, with prejudice, each party to bear their own fees and costs.

DATED this 26th day of April, 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**Distribution to:**

George C. Barnett, Jr.
georgebarnett@mac.com

D. Timothy Born
tborn@tbsf.net